# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN JAMES LISLE,

    Petitioner,   2:03-cv-01005-JCM-CWH

vs.

    **ORDER**

RENEE BAKER, *et al.*,

    Respondents.

_____ /

In this capital habeas corpus action, the petitioner, Kevin James Lisle, was due to file a third amended petition for writ of habeas corpus, or notice that he will not file one, by August 22, 2016. *See* Order entered June 22, 2016 (ECF No. 191).

On August 19, 2016, Lisle filed a motion for extension of time (ECF No. 193), requesting a 60-day extension of time, to October 21, 2016. Lisle's counsel states that the extension of time is necessary primarily because of his obligations in other cases. The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF No. 193) is **GRANTED**. Petitioner shall have until and including **October 21, 2016**, to file a third amended habeas petition, or notice that he will not file one.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 22, 2016 (ECF No. 191) shall remain in effect.

Dated August 23, 2016.

_____
UNITED STATES DISTRICT JUDGE