**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN JAMES LISLE,

    Petitioner,	2:03-cv-01005-JCM-CWH

vs.

                                      **ORDER**

RENEE BAKER, *et al.*,

    Respondents.

_____/

      In this capital habeas corpus action, the petitioner, Kevin James Lisle, is due to file a third amended petition for writ of habeas corpus, or notice that he will not file one, by October 21, 2016. *See* Order entered August 23, 2016 (ECF No. 194).

      On October 13, 2016, Lisle filed a motion to waive certain local rules for purposes of all further proceedings in this case (ECF No. 195). Lisle requests a waiver, for purposes of this action, of Local Rules IA 10-3(e) (cover sheets for exhibits must include descriptors of exhibits), 7-3(b) (page limits), and 7-3(c) (motions for leave to exceed page limits). The court finds that there is good cause for waiver of those rules for purposes of this capital habeas corpus action.

      **IT IS THEREFORE ORDERED** that petitioner's Motion to Partially Waive Local Rules IA 10-3(e), 7-3(b), 7-3(c) (ECF No. 195) is **GRANTED**. Local Rules IA 10-3(e) (descriptors of exhibits on cover sheets), 7-3(b) (page limits), and 7-3(c) (motions for leave to exceed page limits) are waived in this action, for all parties.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the clerk of the court shall substitute Timothy Filson for Renee Baker, on the docket for this case, as the respondent warden and shall update the caption of the action to reflect this change.

Dated October 17, 2016.

_____
UNITED STATES DISTRICT JUDGE