UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:03-cv-01005-JCM-CWH<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

In this capital habeas corpus action, the respondents filed their answer on November 15, 2018 (ECF No. 263). After a 61-day extension of time and then a 49-day extension of time, the petitioner, Kevin James Lisle, was due to file a reply to the answer by April 19, 2019. *See* Order entered June 22, 2016 (ECF No. 191); Order entered December 21, 2018 (ECF No. 266); Order entered March 7, 2019 (ECF No. 268).

On April 18, 2019, Lisle filed a motion for extension of time (ECF No. 269), requesting a third extension of time for his reply, this one 7 days, to April 26, 2019. The respondents do not oppose the motion. The Court finds that Lisle's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 269) is **GRANTED**. Petitioner will have until and including **April 26, 2019**, to file his reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed June 22, 2016 (ECF No. 191) will remain in effect.

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall substitute William Gittere for Timothy Filson as the respondent warden, and Aaron D. Ford for Adam Paul Laxalt as the respondent Nevada Attorney General, on the docket for this case.

DATED THIS 19th day of April, 2019.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE