| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

| | | |
|---|---|---|
| 4 | KEVIN JAMES LISLE, | Case No. 2:03-cv-01005-JCM-CWH |
| 5 | Petitioner, | |
| 6 | v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| 7 | WILLIAM GITTERE, *et al.*, | |
| 8 | Respondents. | |

In this capital habeas corpus action, the respondents filed their answer on November 15, 2018 (ECF No. 263), and the petitioner, Kevin James Lisle, filed his reply (ECF No. 271) and a motion for evidentiary hearing (ECF No. 273) on April 26, 2019. Respondents are now due to file a response to the reply and a response to the motion for evidentiary hearing by May 28, 2019. *See* Order entered June 22, 2016 (ECF No. 191).

On May 8, 2019, Respondents filed a motion for extension of time (ECF No. 274), requesting an extension of time, for both their response to the reply and their response to the motion for evidentiary hearing, to July 12, 2019, a 45-day extension of time. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and time away from her office. The petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 274) is **GRANTED**. Respondents will have until and including **July 12, 2019**, to file their response to the petitioner's reply and their response to the petitioner's motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed June 22, 2016 (ECF No. 191) will remain in effect.

DATED May 10, 2019.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE