UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:03-cv-01005-JCM-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 301)** |

In this capital habeas corpus action, on September 8, 2021, the Court denied the habeas petition, and judgment was entered accordingly (ECF Nos. 292, 293). On October 6, 2021, the petitioner, Kevin James Lisle, represented by appointed counsel, filed a motion to alter or amend the judgment (ECF No. 295). Respondents were due to file a response to that motion by October 20, 2021. *See* LR 7-2(b) (14 days for response).

On October 20, 2021, Respondents filed a motion for extension of time (ECF No. 301), requesting a 61-day extension of time, to December 20, 2021, to file their response to Lisle's motion to alter or amend the judgment. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and because of time away from her office. Lisle does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 301) is **GRANTED**. Respondents will have until and including **December 20, 2021**, to file their response to Petitioner's motion to alter or amend the judgment.

DATED October 25, 2021.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE

2