AARON D. FORD
    Attorney General
HEATHER D. PROCTER (Bar. No. 8621)
    Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1271
Fax; (775) 684-1108
hprocter@ag.nv.gov

*Attorney for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE,<br><br>Respondents. | Case No. 2:03-cv-1005-JCM-DJA<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**<br><br>**(SECOND REQUEST)**<br><br>**(Death Penalty)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a sixty (60) day enlargement of time, to and including February 18, 2022, in which to respond to Petitioner's Motion for Reconsideration to Alter or Amend Judgment.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings, and other materials on file herein.

There has been one prior request for an enlargement of time, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 20th day of December, 2021.

                          AARON D. FORD
                          Attorney General

By: /s/ Heather D. Procter
      HEATHER D. PROCTER (Bar. No. 8621)
      Chief Deputy Attorney General

AARON D. FORD
  Attorney General
HEATHER D. PROCTER (Bar. No. 8621)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1271
Fax; (775) 684-1108
hprocter@ag.nv.gov

*Attorney for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE, | Case No. 2:03-cv-1005-JCM-DJA |
| Petitioner, | **DECLARATION OF COUNSEL** |
| vs. | |
| WILLIAM GITTERE, | |
| Respondents. | |

STATE OF NEVADA   )
                  : ss.
CARSON CITY       )

I, HEATHER D. PROCTER, hereby states, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1. I am the Chief Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. By this motion, I am requesting a sixty (60) day enlargement of time, to and including February 18, 2022, to respond to Kevin Lisle's motion to alter or amend judgment under FRCP 59(e) (ECF No. 295). This is my second request for enlargement.

3. The response is currently due December 20, 2021.

4. I have been out of the office several times due to work obligations, preplanned annual leave, and sick leave. I was recently diagnosed with severe carpal tunnel in both wrists for which I am

scheduling surgery, and received outpatient treatment for damage to my right shoulder. In addition, I have been primarily focused on completing an answer in *Flanagan v. Gittere*, 2:09-cv-0085-KJD, which I have yet to complete and which draft remains hundreds of pages. I have also remained heavily involved in the ongoing federal matters involving the potential execution of Zane Floyd. I have also continued working on responses for *Atkins v. Gittere* (9th Cir. 20-99008) (death penalty) and *Castillo v. Gittere* (2:04-cv-0868) (death penalty). As such, I request a sixty (60) day enlargement of time, to and including February 15, 2022, to respond to Kevin Lisle's motion to alter or amend judgment under FRCP 59(e).

5. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

6. I contacted Randolph Fiedler with the Federal Public Defender who has no objection to this enlargement.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

By:  /s/ Heather D. Procter
HEATHER D. PROCTER

**ORDER**

IT IS SO ORDERED.

Dated December 22, 2021.

UNITED STATES DISTRICT JUDGE

-3-

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 20th day of December, 2021, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (SECOND REQUEST)**, by U.S. District Court CM/ECF electronic filing to:

David Anthony
Assistant Federal Public Defender
David_Anthony@fd.org
Stacy M. Newman
Assistant Federal Public Defender
Stacy_Newman@fd.org
Randolph M. Fiedler
Assistant Federal Public Defender
Randolph_fiedler@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101

                                              /s/ Lisa M. Clark