UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN JAMES LISLE,

   Petitioner,

   v.

WILLIAM GITTERE, *et al.*,

   Respondents.

Case No. 2:03-cv-01005-JCM-DJA

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME
(ECF NO. 305)**

In this capital habeas corpus action, on September 8, 2021, the Court denied the habeas petition, and judgment was entered accordingly (ECF Nos. 292, 293). On October 6, 2021, the petitioner, Kevin James Lisle, represented by appointed counsel, filed a motion to alter or amend the judgment (ECF No. 295). After an initial 14-day period (*see* LR 7-2(b)), a 61-day extension of time (ECF No. 302), and a 60-day extension of time (ECF No. 304), Respondents were due to respond to Lisle's motion by February 18, 2022.

On February 18, 2022, Respondents filed another motion for extension of time (ECF No. 305), requesting another 60 days, to April 19, 2022, to respond to Lisle's motion. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases, her administrative duties, and health issues impacting her ability to work. Lisle does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The Court has examined Lisle's motion. Considering the nature of that motion, and the time now granted Respondents to respond—over six months—the Court *will not look favorably upon any motion to further extend this deadline.*

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 305) is **GRANTED**. Respondents will have until and including **April 19, 2022**, to file their response to Petitioner's motion to alter or amend the judgment.

**IT IS FURTHER ORDERED** that Petitioner will have 30 days to file a reply to Respondents' response to his motion to alter or amend the judgment.

DATED February 23, 2022.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE