UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN JAMES LISLE,<br><br>  Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>  Respondents. | Case No. 2:03-cv-01005-JCM-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 308)** |

In this capital habeas corpus action, on September 8, 2021, the Court denied the habeas petition, and judgment was entered accordingly (ECF Nos. 292, 293). On October 6, 2021, the petitioner, Kevin James Lisle, represented by appointed counsel, filed a motion to alter or amend the judgment (ECF No. 295). Respondents filed an opposition to that motion on April 19, 2022 (ECF No. 307). Lisle was then due to file a reply by May 19, 2022. *See* Order entered February 23, 2022 (ECF No. 306) (30 days for reply).

On May 19, 2022, Lisle filed a motion for extension of time (ECF No. 308), requesting an extension to July 1, 2022 (an extension of 43 days, not 49 days as Lisle characterizes it). Lisle's counsel states that the extension of time is necessary because of his, and his co-counsel's, other obligations. Respondents do not oppose the motion for extension of time. The Court finds that Lisle's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 308) is **GRANTED**. Petitioner will have until and including **July 1, 2022**, to file a reply to Respondents' response to his motion to alter or amend the judgment.

DATED May 25, 2022.

                                                                         _____
                                                                         JAMES C. MAHAN,
                                                                         UNITED STATES DISTRICT JUDGE